THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher Bonnett, Appellant.
 
 
 

Appeal From Aiken County
  J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-094
 Submitted December 23, 2003  Filed 
 February 13, 2004

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, Office 
 of Appellate Defense, of Columbia, for Appellant,
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  In August 2002, Bonnett pleaded 
 guilty to three counts of forgery during guilty plea proceedings in which the 
 circuit court found Bonnett made freely, voluntarily, and intelligently.  The 
 court accepted Bonnetts guilty plea on the charges, and he was sentenced.  
 Bonnett appeals, arguing that the circuit court erred in admitting his plea 
 because he did not make it voluntarily and intelligently.  Bonnetts appellate 
 counsel has petitioned to be relieved as counsel, stating that she has reviewed 
 the record and has concluded Bonnetts appeal is without merit.  Bonnett has 
 not filed a pro se brief.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Bonnetts appeal 
 and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, J.J., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.